**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UTSTARCOM, INC. | Case No.: C-05-01987 EDL |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING REQUEST FOR ADMINISTRATIVE RELIEF** |
| FENNER INVESTMENTS, LTD., | |
| Defendant. | |

Upon consideration of the Request For Administrative Relief filed by Plaintiff UTStarcom, Inc. in the above-captioned case, any response by Defendant Fenner Investments, Inc. thereto, other pleadings on file in this case,

It is hereby ORDERED this _26th_ day of _August_, 2005 that:

UTStarcom's Request For Administrative Relief is hereby GRANTED, and

The initial Case Management Conference currently scheduled for September 13 is ~~taken off calendar.~~ continued to October 11, 2005 at 10:00 a.m.  A joint case management conference statement shall be filed no later than October 4, 2005.

There will be no further continuances absent good cause.  For example, another continuance for failure to serve must be accomanied by an explanation of the reasons for non-service.

IT IS SO ORDERED.

_____

**HON. ELIZABETH D. L** [signature] **E**
**UNITED STATES MAG** [stamp] **GE**

[Stamp: UNITED STATES DISTRICT COURT — IT IS SO ORDERED — Judge Elizabeth D. Laporte — NORTHERN DISTRICT OF CALIFORNIA]